[No. 14756-4-II.   Division Two.   October 15, 1992.]

VANCOUVER FOUNDRY COMPANY, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-2-00800-6, James D. Ladley, J., entered

January 30, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.